AO 440 (Rev. 06/12) Summons and Complaint in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10056

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons and complaint for *(name of individual and title, if any)* THE RYZMAN FAMILY PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP was received by me on *(date)* 12/22/25.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the **summons and complaint** on *(name of individual)* Sandra Gomez, Receptionist (35 year old female Latino, 155 lbs, 5;5", black hair, brown eyes) , who is designated by law to accept service of process on behalf of *(name of organization)* THE RYZMAN FAMILY PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP, at 2220 GASPAR AVE. LOS ANGELES, CA 90040 on *(date)* Dec 29, 2025, 2:30 pm PST; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/02/2026

_____
**Server's signature**

Robert Diaz, Los Angeles County Registered Process Server
*Printed name and title*

2107-D W Commonwealth Ave, #380, Alhambra, CA 91803
*Server's address*

Additional information regarding attempted service, etc.: