UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS SENIOR,

                     Plaintiff,

       -against-

THE RYZMAN FAMILY PARTNERSHIP, A
CALIFORNIA LIMITED PARTNERSHIP,

                 Defendant.

25-CV-10056 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 3, 2025, Plaintiff Milagros Senior commenced this action against Defendant Ryzman Family Partnership. (*See* ECF 1, Compl.) On December 29, 2025, Plaintiff served a copy of the summons and Complaint on Defendant; Defendant was required to respond to the Complaint by January 20, 2026. (ECF 8, Aff. of Serv.) To date, Defendant has not responded to the Complaint. Defendant's time to respond to the Complaint is extended nunc pro tunc until **February 6, 2026.**

By **January 23, 2026**, Plaintiff shall serve a copy of the summons, the Complaint, and this order by mail at Defendant's principal place of business, identified in the Complaint as 2220 Gaspar Avenue, Los Angeles, CA 90040, and by email to all of Defendant's email addresses known to Plaintiff. Plaintiff shall file proof of such service on the docket by **January 23, 2026.** Defendant is admonished that failure to respond to the Complaint may result in Plaintiff being directed to begin the process of seeking a default judgment against Defendant.

Dated: January 21, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TANOFSKY**
**United States Magistrate Judge**