UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS SENIOR,

                    Plaintiff,

       -against-

THE RYZMAN FAMILY PARTNERSHIP, A
CALIFORNIA LIMITED PARTNERSHIP,

                    Defendant.

25-CV-10056 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on March 17, 2026, by **March 20, 2026**: (a) Defendant shall file its memorandum of law in support of its motion to dismiss, with Plaintiff's opposition to be filed by **April 10, 2026** and Defendant's reply to be filed by **April 17, 2026**; and (b) the parties shall file a joint letter on the docket indicating whether they would prefer to have facilitated settlement talks with a Court-annexed mediator or at a settlement conference with me.

Dated: March 17, 2026
       New York, NY

SO ORDERED,

_____
**ROBYN F. TANOFSKY**
**United States Magistrate Judge**