UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS SENIOR,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THE RYZMAN FAMILY PARTNERSHIP, A<br>CALIFORNIA LIMITED PARTNERSHIP,<br><br>                    Defendant. | 25-CV-10056 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 17, 2026, I ordered the parties to, among other things, file a joint letter on the docket indicating whether they would prefer to have facilitated settlement talks with a Court-annexed mediator or at a settlement conference with me. (ECF 16.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint letter by **March 25, 2026**.

Dated: March 24, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TANOFSKY**
**United States Magistrate Judge**